**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/07/2023

IN RE:

| | |
|---|---|
| MARK A DAVILA<br>THERESA Z DAVILA<br>8768 BROADWAY STREET<br>WESTMORELAND CITY, PA 15692<br>XXX-XX-8950      Debtor(s)<br><br>XXX-XX-4919 | Case No.18-23581 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/7/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  OLD NAVY CARD/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  4316 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PENNYMAC LN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number: 4   INT %: 5.25%<br>Court Claim Number: 1<br>CLAIM:  17,282.50<br>COMMENT:  CL1GOVS@TRMS/PL*17064@5.25%/PL*910 CLM/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7870 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*$0@SEC/CL*W/28 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5630 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX  75266-0929 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM:  0.00<br>COMMENT:  CL9GOV W/PMT CHANGES*PMT/DECLAR*DKT4PMT-LMT*BGN 10/18 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1756 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM:  2,776.04<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8719 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM:  542.12<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7197 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM:  326.80<br>COMMENT:  ACCOUNT OPENED 6/20/18*NO PMTS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9180 |
| **CONTINENTAL FINANCE**<br>POB 8099<br>NEWARK, DE  19714 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4921 |

CLAIM RECORDS                                Case 18-23581-CMB    Doc 63    Filed 09/07/23    Entered 09/07/23 15:58:27    Desc
Page 4 of 5

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA 02062 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAFECO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7217 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 439.76<br>COMMENT: CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1139 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 482.49<br>COMMENT: CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8422 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 750.47<br>COMMENT: REF 3447198221*FIRST PREMIER/SCH*ACCT OPENED 7/17/18*NO PMTS EVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9462 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 577.33<br>COMMENT: REF 3447187003*FIRST PREMIER/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6131 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 292.02<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3555 |
| **MID AMERICA BANK & TRUST CO**<br>PO BOX 89937<br><br>SIOUX FALLS, SD 57109 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8336 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 574.36<br>COMMENT: X8761~SYNCHRONY BANK/SCH*OLD NAVY*OPENED 6/16 PER SCH*NO PMTS EVE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4316 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WEBBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2772 |
| **SEVENTH AVENUE**<br>1112 7TH AVE<br><br>MONROE, WI 53566 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 684A |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **RICHARD ALLEN**<br>12243 FARRAND RD<br><br>OTISVILLE, MI 48463 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: ARRS/CL=420*PIF@ CID 4 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7870 |
| **JENNIFER L CERCE ESQ**<br>MAIELLO BRUNGO & MAIELLO LP<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NORWIN SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NORWIN SD (N HUNTINGDON) (EIT)\*\***<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 977.51<br>COMMENT: CL3GOVS*NT/SCH-PL*06,08,10,11/CL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8950 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX 75266-0929 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 6,133.60<br>COMMENT: CL9GOV*3,696.18/PL*THRU 9/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1756 |
| **WEST PENN POWER\***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 245.70<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6908 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 640.68<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5228 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 617.64<br>COMMENT: NO GEN UNS/SCH*SURR/PL@CID 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5630 |
| **ANTERO CAPITAL LLC**<br>PO BOX 1931<br><br>BURLINGAME, CA 94011 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 0.00<br>COMMENT: SURR/CONF OE 4/1/19*NT/SCH-PL*KAY JEWELERS *$1308.08/CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0708 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC LOAN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |