**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MARK A DAVILA<br>THERESA Z DAVILA<br>　　　Debtor(s) | Case No.:18-23581 CMB |
| Ronda J. Winnecour<br>　　　Movant<br>　vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1.  The case was filed on 09/09/2018  and confirmed on 10/26/2018 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 75,339.38 |
| Less Refunds to Debtor | 1,031.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,308.04 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,750.00 | |
| 　Trustee Fee | 3,405.44 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,155.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　PENNYMAC LOAN SERVICES LLC | 0.00 | 37,641.06 | 0.00 | 37,641.06 |
| 　　Acct: 1756 | | | | |
| 　PENNYMAC LOAN SERVICES LLC | 6,133.60 | 6,133.60 | 0.00 | 6,133.60 |
| 　　Acct: 1756 | | | | |
| 　ANTERO CAPITAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0708 | | | | |
| 　CAPITAL ONE AUTO FINANCE - DIV CAPIT | 17,282.50 | 17,282.50 | 2,601.53 | 19,884.03 |
| 　　Acct: 7870 | | | | |
| 　CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5630 | | | | |
| 　CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 7870 | | | | |
| | | | | 63,658.69 |
| Priority | | | | |
| 　COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　MARK A DAVILA | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MARK A DAVILA | 662.00 | 662.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK A DAVILA | 369.34 | 369.34 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORWIN SD (N HUNTINGDON) (EIT)** | 977.51 | 977.51 | 0.00 | 977.51 |
| Acct: 8950 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 188.04 | 188.04 | 0.00 | 188.04 |
| Acct: XXXXXXXXXXXXXXXXXXXXANCE | | | | |
| | | | | 1,165.55 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,776.04 | 845.17 | 0.00 | 845.17 |
| Acct: 8719 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 542.12 | 165.05 | 0.00 | 165.05 |
| Acct: 7197 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 326.80 | 99.49 | 0.00 | 99.49 |
| Acct: 9180 | | | | |
| CONTINENTAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4921 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7217 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 439.76 | 133.88 | 0.00 | 133.88 |
| Acct: 1139 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 482.49 | 146.89 | 0.00 | 146.89 |
| Acct: 8422 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 750.47 | 228.48 | 0.00 | 228.48 |
| Acct: 9462 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 577.33 | 175.77 | 0.00 | 175.77 |
| Acct: 6131 | | | | |
| CAPITAL ONE NA** | 292.02 | 88.91 | 0.00 | 88.91 |
| Acct: 3555 | | | | |
| MID AMERICA BANK & TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8336 | | | | |
| MIDLAND FUNDING LLC | 574.36 | 174.86 | 0.00 | 174.86 |
| Acct: 4316 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2772 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 684A | | | | |
| WEST PENN POWER* | 245.70 | 74.80 | 0.00 | 74.80 |
| Acct: 6908 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 640.68 | 195.06 | 0.00 | 195.06 |
| Acct: 5228 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 617.64 | 0.00 | 0.00 | 0.00 |
| Acct: 5630 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4316 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 18-23581 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 2,328.36 |

| TOTAL PAID TO CREDITORS | | 67,152.60 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 1,165.55 | |
| SECURED | 23,416.10 | |
| UNSECURED | 8.265.41 | |

Date: 01/04/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com