# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark A. Davila<br>Theresa Z. Davila<br><div align="right">Debtor(s)</div> | **BK NO. 18-23581 CMB** |
| **PENNYMAC LOAN SERVICES, LLC**<br><div align="right">Movant</div> | **Chapter 13** |
| vs. | **Related to Claim No. 9** |
| **Mark A. Davila**<br>**Theresa Z. Davila**<br><div align="right">Debtor(s)</div> | |
| **Ronda J. Winnecour,**<br><div align="right">Trustee</div> | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 18, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Mark A. Davila
8768 Broadway Street
Westmoreland City, PA 15692

Theresa Z. Davila
8768 Broadway Street
Westmoreland City, PA 15692

<u>Attorney for Debtor(s)</u>
Corey J. Sacca, Bononi & Company
20 North Pennsylvania Avenue
Greensburg, PA 15601

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>August 18, 2022</u>

<u>**/s/Brian C. Nicholas Esquire**</u>
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com